UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __24 2828__     Caption [use short title]: _Arika Hays VS ASCAP (NFPO)(INC)_

Motion for: _Judgement (Oray) for Copy rights Contract Valution_
_Song that plaintiff owns 10_
_Chapter 5 Copy right infrigement Chapter 5(b) 106-122_

Set forth below precise, complete statement of relief sought:

_Interruption interfurist Blood Sweet tear life history_
_The copy rights owner, is entitled     american Dreeem_
_to recovery, to recover the actual     constitutional right from (70 years_
_damge Suffered by him or her as     after life) owner of copy right_
_A resalt of Section 106 through 122, the Author As provided in_
_Section 106(A) important copies and phonorecords into the US in violation_
_of Section 602 is anfrugment of A copy right of Such Author, As case could be_
_Section(506) Arika Hayes     confer to 106A)_

MOVING PARTY: _Arika Hayes_     OPPOSING PARTY: _ASCAP (NFPO)(INC)_

- [x] Plaintiff     - [ ] Defendant
- [ ] Appellant/Petitioner     - [ ] Appellee/Respondent

MOVING ATTORNEY: _Arika Hayes (in proper)_     OPPOSING ATTORNEY: _ASCAP (NFPO)(INC)_
[name of attorney, with firm, address phone number and e-mail]

_44009 Bringham Ave  Loncester CA. 93535_

Court- Judge/ Agency appealed from: _SDNY (NEW York City)   1:24-cv-1883_

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes   - [ ] No (explain): _Laura Toyla Swean_
_has been misconduct lost of_
_Document - and Overlook Suntures_
Opposing counsel's position on motion: _Bias - conspiracy._
- [ ] Unopposed   - [ ] Opposed   - [ ] Don't Know
Does opposing counsel intend to file a response:
- [ ] Yes   - [x] No   - [ ] Don't Know

Is oral argument on motion requested?   - [x] Yes   - [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   - [ ] Yes   - [x] No If yes, enter date: ___

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?   - [x] Yes   - [ ] No
Has this relief been previously sought in this court?   - [ ] Yes   - [ ] No
Requested return date and explanation of emergency:
_1 Billion $ NO cents_
_100 million pain Suffering_
_monitoric Danages_
_Courts Desision at the end of_
_the oley pain Suffering_
_Blood Sweat tears._

Signature of Moving Attorney: _Arin Hays_     Date: _Nov 4, 2024_     Service by:   - [ ] CM/ECF   - [x] Other [Attach proof of service]

UNITED STATES DISTRICT COURT

for the

_Appeals_ DISTRICT OF _Second circuit_

| | |
|---|---|
| _Arika Hays_ , | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| _Ascap (NFPO)(INC)_ | ) Case No. _242828_ |
| | ) |
| Defendant | ) |
| | ) |

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed _Arika Hays_ | Date: _11-04-2024_ |

Of Such Songs. (A) copy right infrigment (B) contract (C) I'm the owner

My issues on appeal are: 1. UNfair Justist, (2) Justist was not Servierd,

(3) it was misconduct, (4) lost of Document, (5) misplacing Document, Descrimation

(6) Over looking Sengture, (7) Conspiry, (8) iteruption enterference, The case

(12) have merrit (9) copy rights, (10) Ascap IDs, and (11) Sinture is on All Docuts
career manafs of copyright, credited to the rightful owner

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

INterference with the Judicail process,

Due process "(Fifth" and (Foorth" (1) and (3) Amendnt,

"a Secuntien" censitienal right, copy Right All Vallected

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1800 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ medicaid | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 1800 | $ 0 | $ 0 | $ 0 |

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Aseep | 250 W 57th | Contract 2010 | $ never paid |
| | | | $ |
| | | | $ |

Rev. 12.1.2018

3.  *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

4.  *How much cash do you and your spouse have?* $0 '20 after bills

    *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A |  | $ | $ |
| N/A |  | $ | $ |
| N/A |  | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.  *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| N/A |  | Make and year: |
|  |  | Model: |
|  |  | Registration #: |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $   N A | (Value) $ | (Value) $ |
| Make and year:   N A | | |
| Model:   N A | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N A | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N A | | |
| | | |
| | | |

Rev. 12.1.2018

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>　　Are real estate taxes included?　☑Yes ☐ No<br>　　Is property insurance included?　☑Yes ☐ No | $ | $<br>0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $70 | $ |
| Home maintenance (repairs and upkeep) | $ money | $0 |
| Food | $ 100 | $ |
| Clothing | $ 3030 | $ 0 |
| Laundry and dry-cleaning | $ 40 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| 　　Homeowner's or renter's: | $ 1500 | $ |
| 　　Life: | $ NA | $ |
| 　　Health: | $ a a | $ 0 |
| 　　Motor vehicle: | $ NA | $ 0 |
| 　　Other: | $ NA | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ NA | $ 0 |
| Installment payments | | |
| 　　Motor Vehicle: | $ 0 | $ 0 |
| 　　Credit card (name): | $ 0 | $ 0 |
| 　　Department store (name): | $ 0 | $ 0 |
| 　　Other: | $ 0 | $ 0 |

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ *O* | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ *O* | $ |
| Other (specify): | $ *O* | $ |
| **Total monthly expenses:** | $ *O* | $ |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☑ Yes ☐ No        If yes, describe on an attached sheet.

    *when I get paid for the matieral I own*

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

    *If yes, how much? $*

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I Should have Been very wealthy, when I create song copy wrote and owned them

12. *State the city and state of your legal residence* got on TV got to Ascapt and they call me a fraud's when my copy rights are rejected

    *Your daytime phone number:*

    *Your age:*        *Your years of schooling:*

Rev. 12.1.2018

*Computer programming  Google Name  Suit Barbie Bone  Dates and times*

140 Deregs.  Plaintiff creates and write

*Scripts TV shows  movies  SAG, Songs Book published*

ART

*drawing*  As well As ART  Hair makeup, styling Sony  Youtube

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to
each issue you intend to present on appeal. See Local Rule 24.1  *Section* **106 – 122**  *Dates and time*  *Copyrights*

1. I'm A Song writer.  . My Name is Ariea Hayes AKA Swiss Barbie Bone-  2. I have the Song copy write, 3. I also

registered the Song with Ascap (NFPO)(INC), I've been, creating, Songs

and content "All my life"s AND I, have other Artist in my life

family God leather and friends of family like Willie Sparks,

case Mc Hammer, Too Short, and Little Richard and more

Told Me about Registration, transmitting, Production

Producing, music, creating content writing Song, Art

and music and much more Hair wide photography, *my first copy*  *started*  *1990*  *til now.*

immatography and more arts. Sony Bono Sunny and

Share. I got you Bad. Created Song like Halo-

and il may have more Song tren him (Entertainment) Names

creltay Song. - HOOKS, and Bridges, Had

*Megan*  *the Stallion*  Been copied, And other Artist, and,

*sunyfranks*  Cut Me out, people like Beonce, *2 chaenz, Kendrick lamare*  OMG, Doll

*my N*  lol Doll, Nicki minaj, Lil Baby, Snoop Dogg

*money*  TOOShort, E-40, JZ, kanye west, Seve Streeter,

*machine*  Juston Biber, Usher Reimon, Chris Brown/

*jump in the*  CARDI B, Kodac Black, The Week end, *Rven Hani*  *guvia*

*pool*  DOZACAT  Rihiannah, YG, E-40  -TooShort,

*Bey Booty no*  Jamie cox, Puffy, Ti, TINI, Love and

*claim tip the pole*  MR FAB,  Snoop Dogg  LADY GAGA

MAD At me Hip Hop,  All  Song or  losteed ON  *jennifer lopez*

*Gucci prada*  *Luietie*  Jada Pinked smith  will smith the Red couche

*Tell me were*  the copy rights  and, Ascap list  *the Red*

*songs to go*  *In the club*  *table*

*Red Bottons*  that they lost, But il stil have a copy  3/2/

*IN my life*

*Songs names*  *meaning guy*  Of  the  *Life of the party*  *Song*  concerts,- Shows,- Song have played Stadium

*Yum yum*  *song + a media list*  gas eka ASP Rocky, Future)

*Cigar on ice*  *put your name on it* Mr gas  Sony, Arrest, DefJam Title, Youtube

Social media Platform  Facebook, Radio play Platforem.  *my case log new stat*

copy rights are created + valid from the
Day you create until 70 year after Death. personal
the owner should be pay even if thed'd it

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to
each issue you intend to present on appeal. See Local Rule 24.1   Big mistake

I had a contract with Ascep (NARP)(ENC)    I also want
to Law school
Since the year of 2009 or 2010 and.    for 6 years.
All song are on a cutelagg    UCLA Lose 4
on line    when, Bigger artist start to rise mellewa(
Blady this    Tell me wt to go   life of the party   organ on wie    go stupid
megan stal like EXO - Too short   Beance   Big Sean
clearsexy classw    30 stupid!   Below for write   Not an 20
one of Ye bong Nicki maraj, Beance, puffy, Kendric Lamor
a kid   I in my left   Sundetty richard tennense velvet redd   pump in the park
K michell Snoop Dogg, OMG Girl, Marly Redd, Lil Baby
life of the party   Once pread   Crucci pread luh   it a muto
red building   it arrivet   Big potty   Yun Yin
iggie Cardi B, Seven Street, Doze Cat, Justen bedun
usher rusmen, Jennifer Lopez, chris Brown   in tu
slim    I'm fast braff   car o
Swiss    Jay-Z, Renje West, Brandu, monice
Beatie    P. Diddi, nigga in paris   90 stupid   love and Hip Hop
Rihanna   patta for    second chest
Kelery    Drake   the reasen pt late gen an   Ti - Toni - Alicia keys on
with   iggie, Loue and
God    Future sexxy Red   mo glass figie   Asep Rock
Hip Hop made million and millennia
of dollar- They cut me out, paid them
(educta keys on fire) for example.
Lady Slandered my name   A
Fruad. But copy right were
   ABceso to works 3 party   After Death
Cupied Before most   Goggle Youtube   Socialmedia
   Direct   on + No than!
enterupthin interfinent to my money. for
thing song and material plantiff created
vialuny my copy rogut 106-122
copyright last from the Date you create to 70 year

24-2828

Arika Hays
VS
ASCAP (NFPO)(INC)

Arika A. Hayes
44009 Gingham Avenue
Lancaster, CA 93535

cause of action
being benno law 1978
106 - 122 copyright
act

ASCAP VS Buffello Broadcasting
case in 1980 - 1982
ASCAP lost in federal courts
in 1980 - 1982 changing
of price fuxing
Recketeering and monopolestic
Acitities, I this case there

Doing the same thing
But pay there Big
Name artist that Know
after the song were created
song were there I was there
Befor after was in same case
Born.

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Arika Hays madelynn<br>44009 ginghem Ave<br>Lancaster CA 93535<br>TELEPHONE NO.: in pro per Arik hays ombe   FAX NO. *(Optional)*:<br>EMAIL ADDRESS *(Optional)*: (510) 382-5366<br>ATTORNEY FOR *(Name)*: | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**02/13/2024**<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____ C. Canales _____ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS:
MAILING ADDRESS: 42011 4th St W
CITY AND ZIP CODE: Lancaster CA 93534
BRANCH NAME: Antelope Valley Courthouse

PLAINTIFF: Arika Hays madelynn
DEFENDANT: American Automobile Association (NFPO) Corporation

| JUDGMENT | CASE NUMBER: |
|---|---|
| ☐ By Clerk       ☑ By Default       ☐ After Court Trial<br>☑ By Court       ☐ On Stipulation       ☐ Defendant Did Not<br>                                                          Appear at Trial | 23AVCV00571 |

**JUDGMENT**

1. ☑ **BY DEFAULT**

   a. Defendant was properly served with a copy of the summons and complaint.

   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.

   c. Defendant's default was entered by the clerk upon plaintiff's application.

   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.

   e. ☑ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered

      (1) ☐ plaintiff's testimony and other evidence.

      (2) ☑ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**

   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and

   b. ☐ the signed written stipulation was filed in the case.

   c. ☐ the stipulation was stated in open court       ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.

   a. The case was tried on *(date and time)*:

      before *(name of judicial officer)*:

   b. Appearances by:

      ☐ Plaintiff *(name each)*:                    ☐ Plaintiff's attorney *(name each)*:

      (1)                                           (1)

      (2)                                           (2)

      ☐ Continued on Attachment 3b.

      ☐ Defendant *(name each)*:                    ☐ Defendant 's attorney *(name each)*:

      (1)                                           (1)

      (2)                                           (2)

      ☐ Continued on Attachment 3b.

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. ☐ A statement of decision (Code Civ. Proc., § 632)   ☐ was not   ☐ was   requested.

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>JUD-100 [Rev. January 1, 2024] | **JUDGMENT** | Code of Civil Procedure, §§ 585, 664.6 |
|---|---|---|

JUD-100

| PLAINTIFF: Arika Hays matityar | CASE NUMBER: |
|---|---|
| DEFENDANT: American Automobile Association (NFPO) (Corporation) | 23AVCV00571 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** ☐ THE COURT   ☐ THE CLERK

4. ☐ **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

    a. ☒ for plaintiff (name each): Arika Hays matityar    c. ☐ for cross-complainant (name each):

        and against defendant (names):        and against cross-defendant (name each):

        American Automobile Association (NFPO) (Corporation)

        ☐ Continued on Attachment 5a.        ☐ Continued on Attachment 5c.

    b. ☐ for defendant (name each):    d. ☐ for cross-defendant (name each):

6. **Amount.** 75,000.00

    a. ☒ Defendant named in item 5a above must pay plaintiff on the complaint:    c. ☐ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | | | |
|---|---|---|---|---|---|
| (1) ☐ Damages | $75,000.00 | | (1) ☐ Damages | $ |
| (2) ☐ Prejudgment interest at the annual rate of  % | $ 0 | | (2) ☐ Prejudgment interest at the annual rate of  % | $ |
| (3) ☐ Attorney fees | $ 0 | | (3) ☐ Attorney fees | $ |
| (4) ☐ Costs | $ 0 | | (4) ☐ Costs | $ |
| (5) ☒ Other (specify): TAXS Keep my Record clean | $ 0 | | (5) ☐ Other (specify): | $ |
| (6) TOTAL | $75,000.00 | | (6) TOTAL | $ |

    b. ☐ Plaintiff to receive nothing from defendant named in item 5b.    d. ☐ Cross-complainant to receive nothing from cross-defendant named in item 5d.

        ☐ Defendant named in item 5b to recover costs $        ☐ Cross-defendant named in item 5d to recover costs $

        ☐ and attorney fees $        ☐ and attorney fees $

7. ☐ Judgment debtor is a natural person, and as provided in Code Civ. Proc., §§ 683.110, 685.010:

    $    of this judgment is on a claim related to medical expenses

    $    of this judgment is on a claim related to personal debt

8. ☐ Other (specify):

Date: 02/13/2024

☐ _____
JUDICIAL OFFICER
Stephen Morgan / Judge

Date: _____ ☐ Clerk, by _____, Deputy

**CLERK'S CERTIFICATE** (Optional)

I certify that this is a true copy of the original judgment on file in the court.

Date: OCT 14 2024

Clerk, by _____, Deputy

C. Webber

JUD-100 [Rev. January 1, 2024]

**JUDGMENT**

Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form] [Save this form] [Clear this form]

ASCAP Theft did not pay          107-22
DIO Not pass) fringing and been include re Reebork Riercey
\ IN 2004 I wrote the Seeny IN my life
              [Sonny Donny born 1979 chapter 2]
   IN 2009 Nicki majnaj used my seeny
              AND this Not Fair wesek
his has   Named it moment for dibe Yeu tuber
stop me
free or   teeek the seeny dienen payola, In 2012
stealing  Ki michell, Yeur songs Special card Tymar baxton wrote In 2014 2015   INdesire
sew       Brejent wing to the song   Baky ceshmeny              Never
songs
nel       teeek tu seeny meeney pienin STOP It I say tue busk
stealing
keeping   IN 2009  in 2010 Berd man use
money     Not like us wrote en 2004 use en 2024
          the Song glowrilla use the song go I wrote
I copy       dadt song in 2003.
rights    Alece Key this quel on fire was wrote
we distrel
in our    Chewin up the piele wrote en 2013 Usher use It man rip or pole
US copy   200 en 2024    2009 Alecen Keyp       use tue
right fixer
republish)(Seeny)  el wrete 2024 (go stupied Nick and Big   Sean
                      go stupid use tue same song 2024
          Sexxy Red MAD at me 2012 2013 Nicki can OOwet
   en 2014 el wrote tue   seeny  Yumael
Grucci pacza flewig wrote in 2004 use by Kadey red 2013 an 2014
   Rech fameus  neine loup           OMG Dolls
E40 woe it 2007 the song go stupid was nineteen 2004
   en 2019 Sweely use tue Selny got to the
                        casino TO get to you
          E40 woe go stupid Cholupas,
   Blog this I wrote en 2013,   OMG Doll use the
srucci parade dance seeny en 2014 and too k Style
   en 2020 megan shieloaity carel
Boda yello   wrote en 2014  Kss my Red Bottom 2014 2015 cardi B
2019  Boonye use tu seeny, Nicki maji took Likneo
Doja cat suci suci - Big botty No shoes  cardi B took Likeneo
2013) the song el In treet Beteh wrete en
use)         Kendrict dames en the pool wrete en 2004
video    2008 JZ came out with negga en perso
opied) him and Kayuwest en 2009 q,10 came
swell)  out with the seeny, migo and l'il baky - It a movie
                           chapter 7

   2014 en the club was wrote 2019 Usher
   use tue seeny, OT on tu fraud list At Ascap so they and
Yunn Yom  2007  Just Bieber use the song 2020

I wrote "Spence age Hustle in 2001
use and Remixed in 2009 By my
self in 2012 Snoop Dog Too Short
and MR FAB From Oakland Stoled
~ use the Song in 2003 I go hard in the paint
Without ~ 2013 RICK ROSS wacka flocka use this
permission material catalog V7 All By my self
using material can do wrote in 1999
using music
Quality positive more
Control music use in 2024 By in 2015
company using Soda pop use by $20 2016 use in
money Soda pop use in 2016 use in
Sony wrote in 2014
Empire Rich Home quone my nigga
apple music wrote in 2009
Spotify use in 2016
Title my nigga wrote in 2009
atlantic Record used in 2019 I'm Rich Bitcho Rup
using music megurdin stallion yong Dolph
I'm rich wrote in 2014 use By Sound track
Love and Hip Hop
2020 wrote in 2004 use in
CD Baby 2010 2011 2012 TY Dollar
Deleted my catalog Sing use the song in 2014
after Big artist I Rocking Beonce use cigar in vice 2015
was using Sony 2019 Cubin cigar use in 2015
I'm racing with GOD, Dran use
But Google the song in 2017 GODS plan
Still have the Hot Dive Bling was I reason I dont
Album rip cell you on the phone I Dnt open
2014 2015 Drarke use song
I gave fancy, I'm Suso Benthie wrote in 2012 use
2014

Dates 242328

Asterisk song two lines

STATISTICS on Date on catalog on mind

2025  Nazminya ←  Kendrik lamer They not like us

2024  Sexxy Red  21 year later  Nick Coley Reef Bushag

2023  Glorilla  20 year later

2022  Hypnotize 🎵 Bushny  original Sweet reeni 2 classy

2021  — Yum Yum Justin Bebber 12 year later

2020  Megan Stallion Beyonce Classy Sexy Nasty

2010  Sweetie Rich nigg that my type  Lit baby, Moses it a pente  6 year later

2018  9 years later  @ him et Semin Sister cardi B

2017  4 year later  Big Booty Remex  Doja CAT  Juice Juice

2016  CARDI B Bodac Yello Remex  Beyonce  tiger on cree  10 year later

2005  OMG Doll 101  tiger on cree  any your home on it  original song

2014  5 year later MMV NIGG  YG Rich Hennie Queue Reef  Big Booty NO Shoots  original song

— Red Bottoms song original playoff

2013  Rich and  the velvet Ropes  Lil waye babys  Jump in the pool Kentric dwet  2011 Rifferdat 2 sand

2012  Kaly Kid rise the song Lereve funk  Alrenky Younot classic Blodge this

2011  Jay-Z and Kenya west nigga en  Perris Same Song  NICK minal present 7 year late

2010  I'm that Bitch original song  SEE Me  Jump in the pool E40  Tell never to go go stupid  4 year later

2009  My Nigga Original Mj cold Playoff and Madm  Yum Yum original song  YUM YUM

2008  Remem  Gucci prada Lunis original Remex  I'm Different go stupid Hypnotese

2007  It a movie  Hot on fire ompendly  IN my life original  this year Rifler

2006  Gucci prada Lunis original song  go stupid

2005  Gucci prada Lunis original song  go stupid

2004  Tell wem go go stupid  Tell me were to go go stupid

Diamond gurl  1 2 3 4 5

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): Enter the Court of Appeals docket number _____    Caption [use short title]

Motion for: Indicate motion relief (e.g., in forma pauperis)    Enter the short title of your case, for example:
Apellido vs. New York City

Set forth below precise, complete statement of relief sought:

Indicate the reason you are asking for the above relief. For

example, indicate the reason you are asking for in forma

pauperis relief.  I'm on medicare and

I am eligible for such fee waiver.

MOVING PARTY: Enter your name and check 1 box below.    OPPOSING PARTY: Enter the name(s) of your opposing party
☒ Plaintiff          ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: _____    OPPOSING ATTORNEY: Enter the name of opposing party's attorney.
[name of attorney, with firm, address, phone number and e-mail]

Enter your complete address.    Enter the complete address of your opposing party's
44009 Ginghan Ave    attorney.
Lancaster, CA  93535    _____

Court-Judge/Agency appealed from: Enter the full name of the district court.

Please check appropriate boxes:    FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                    INJUNCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below?    ☒ Yes  ☐ No
☒ Yes ☐ No (explain): Indicate whether you have    Has this relief been previously sought in this Court?  ☒ Yes  ☐ No
informed the opposing party of the filing of this motion.    Requested return date and explanation of emergency: _____
Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response?
☐ Yes ☐ No ☒ Don't Know

Is oral argument on motion requested?    ☒ Yes  ☐ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☒ No  If yes, enter date: _____

Signature of Moving Attorney:
Sign your name ani Huys    Date: 11-4-24  Enter today's date    Has service been effected?  ☒ Yes  ☐ No [Attach proof of service]

**ORDER**

IT IS HEREBY ORDERED THAT the motion is **GRANTED  DENIED.**

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

Form T-1080

# Sample Format

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal.  See Local Rule 24.1

Copy right 106-122 or according to the copy roght

LAW: How it's Built. How the Law work or IS wrotes

1, write a song. #1 it your yourth owners
constitutional right civil roght

2 copy write washington D.C, You got anoter day
publish - Transmittion

go Back to 2.
once you copy right a song you have

A Date and time, Nov 5, 2004 - or Nov, 16, 2014
Examples Dates

Dates time then you "own" own that song
the material is yours, from thatDay
until 70 years After Dealth.

Your music is transmited By you or

Any other Artist, the publishing

Belongs to the, Owner of the

original competition "Song" SO

Beonce, NICKI, CARDI, Lil Baby, Drake,
Love and Hip Hop, TOO Short, TI, TLA/?
Iggie Lizzo, OMG DOLLS LOL, Jay Z
Kenye west, Seven Streeter, Brandy, manice
Big Sean, Jay-Z, Keretrick Lamor, Lil Wayne

Bay Rich Homie Quean needs to pey the
original owner which is plentiff
Crive Hess mizfee    Transmiting
re production
Scens

**Sample Format**

# UNITED STATES DISTRICT COURT
for the
_appeals_ DISTRICT OF _NYC_

_Ann Hays_ ,                    )
                               )
         Plaintiff             )
                               )
           v.                  )
_ASCAP (NFPO) (ENC)_           )    Case No. _24 28 28_
Enter today's date ,           )
                               )
         Defendant             )
                               )

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _Ann Hays_          Date: _Nov 4, 2024_

Discovery Bias    lost of paper were    over lacking (Ann Hays)
misconduct                                        sufferings

My issues on appeal are: _Arika Hays  vs  Ascap (NFPO)(ENC)_
_The paper were never serve, No justest No justest_
_or peace copyright or contie to get rise the    Damage_
_over have not received a wooden nickle_

1. *For both you and your spouse estimate the average amount of money received from each* Judgment
   *of the following sources during the past 12 months. Adjust any amount that was received* 1 Billion
   *weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use*
   *gross amounts, that is, amounts before any deductions for taxes or otherwise.*

from

Ascap to
(NFPO)(ENC)
Ania Hays

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ |
| Self-employment | $ 0 | $ 0 | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1800 | $ 0 | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ my song | $ 0 | $ 0 | $ |
| **Total monthly income:** | $ 1500 | $ 0 | $ 0 | $ 0 |

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Ascap | 250 W 57 | contract 2010 | $ never paid |
| | | | $ |
| | | | $ |

3.  *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.  *How much cash do you and your spouse have?* $ ~~~~ of ~~~~

    *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.  *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| N/A | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ *N/A* | (Value) $ Sign your name | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6.    *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| *N/A* | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| *N/A* | | |
| | | |
| | | |

8.   *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br>     Are real estate taxes included? ☒Yes ☐ No <br>     Is property insurance included? ☒Yes ☐ No | $ | $ <br> 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $70 | $ 0 |
| Home maintenance (repairs and upkeep) | $ up and down | $ 0 |
| Food | $100 | $ |
| Clothing | $80 50 | $ 0 |
| Laundry and dry-cleaning | $40 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $1500 | $ 0 |
|     Life: | $ NA | $ 0 |
|     Health: | $ NA | $ 0 |
|     Motor vehicle: | $ NA | $ 0 |
|     Other: | $ NA | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ NA | $ 0 |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ 0 |
|     Credit card (name): | $ 0 | $ 0 |
|     Department store (name): | $ 0 | $ 0 |
|     Other: | $ 0 | $ 0 |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☒ Yes ☐ No        If yes, describe on an attached sheet.

   When I get my copy right I own many

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I'm poor and I suppose to Be rich of content, I've Been Robbed By Ascap and Big Artist with Big Name

12. *State the city and state of your legal residence* Vallejo, VIACOM, VH1 MTV BET BET

    *Your daytime phone number:* 510 302-5366

    *Your age:* 55        *Your years of schooling:*
    *Last four digits of your social-security number:*
    All the way the cosmetology School then UCLA 6 years
    Cert in
    Laney college 1 year.
    Don Beauty college graduated
    Phycology
    Photographic
    writing Script
    production
    Acting, Dance class
    art, and computer art
    computer programing

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_Arika Hays_ v.

_Ascap (NFPO)(INC)_

**CERTIFICATE OF SERVICE**
Docket Number: _24 2828_

I, _Arika Hays_ , hereby certify under penalty of perjury that on

_Nov, 4, 2024_
(name)

(date) , I served a copy of _Summen and Appl Complaint_
_phinting Exhibit ouncer_
_the case already_

(list all documents)

by (select all applicable)*

- [x] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| _Ascapt pro se)_ | _250 W 57 th st_ | _NY_ | | _10107_ |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

_Nov 4, 2024_
Today's Date

Sign your name _Ari Hays_
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form

**Sample Format**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Arika Hayes

**CERTIFICATE OF SERVICE\***

v.

Docket Number: _242828_

Ascap (NFPO)(INC)

I, _Arika Hayes_ , hereby certify under penalty of perjury that
(print name)

on _0-3-2024_ , I served a copy of _Never been Served_
(date)   _Court lost paper work and Delayed_
_and misplace and overlook my Signure (arie Hayes)_
(list all documents)

by (select all applicable)\*\*

___ Personal Delivery          ✓ United States Mail          ___ Federal Express or other
                                                                    Overnight Courier

___ Commercial Carrier          ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Arika Hayes | 44009 Gingham Ave | Lancast CA | | 93535 |
| Ascap (NFPO)(INC) | 250 W 57th St | New York | NY | 10107 |
| | | | | |
| | | | | |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or
proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously
filed.

\*\*If different methods of service have been used on different parties, please complete a separate
certificate of service for each party.

_Nov. 4, 2024_                    _arie Hayes_
Today's Date                      Signature

Certificate of Service Form (Last Revised 12/2015)



US POSTAGE & FEES PAID
8 OZ GROUND ADVANTAGE RATE
ZONE 8
Commercial

062S0001442352
8419330
FROM 93535



Stamps
11/08/2024

# USPS GROUND ADVANTAGE™

barbie bone                                    0001
44009 gingham ave
Lancaster CA 93535-3736

SHIP TO:

us court of appeals second circuit
thurgood marshall us courthouse
40 Foley Sq
New York NY 10007-1502

## USPS TRACKING #

9400 1112 0623 9141 8601 41


xpress Guaran
free of charg

