# 24-2828

## In the United States Court of Appeals
## for the Second Circuit

ARIKA A. HAYES, PLAINTIFF-APPELLANT

*v.*

ASCAP (NFPO) (inc)
DEFENDANT-APPELLEE

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (CIV. NO. 24-1883)
(THE HONORABLE LAURA TAYLOR SWAIN, C.J.)*

**ASCAP'S RESPONSE TO PLAINTIFF-APPELLANT'S MOTION
AND
ASCAP'S MOTION TO DISMISS APPEAL**

RICHARD H. REIMER
*ASCAP*
250 West 57th Street
New York, NY 10107
(212) 621-6261
rreimer@ascap.com

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure, this Court's Local Rule 27.1, and Sections 1291 and 1915 of Title 28 of the United States Code, Defendant-Appellee American Society of Composers, Authors and Publishers ("ASCAP")[1], by its undersigned counsel of record, respectfully (i) opposes the motion filed by Plaintiff-Appellant Arika A. Hayes ("Appellant"), and (ii) moves to dismiss this frivolous appeal on several grounds, including the determination by the district court that any appeal from its Order and Judgment dismissing the action "would not be taken in good faith."

## PRELIMINARY STATEMENT

The district court (Chief Judge Swain) gave the *pro se* Appellant three chances to file a complaint stating a plausible claim against ASCAP and proper papers in support of Appellant's request to be allowed to proceed *in forma pauperis*. Finally, acting *sua sponte*, the district court ordered the case dismissed for failure to state a viable cause of action against ASCAP. Specifically, the district court held that Appellant failed to allege any facts to support subject matter jurisdiction. Although Appellant timely filed this appeal, she has failed to comply with several appellate rules and she has filed an unintelligible motion that this Court should dismiss for the reasons set forth below. In addition, given the district court's findings, ASCAP moves for dismissal of the appeal on the ground that it is frivolous.

---

[1] ASCAP is mistakenly identified in the caption as "ASCAP (NFPO) (inc)."

1

**APPELLANT'S MOTION SHOULD BE DENIED**

1.      The district court, *sua sponte*, entered an order dismissing Appellant's second amended complaint on September 16, 2024. *See* Ex. A (Civ. No. 24-1883-LTS, Dkt. 27).   Specifically, the district court held that Appellant had not pleaded any facts to support either federal question jurisdiction or diversity jurisdiction against ASCAP.  Accordingly, the district court concluded that

> . . . [Appellant's] second amended complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).
>
> The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

*Id.* at 8 (hereinafter referred to as the "Dismissal Order").[2]  Judgment was entered dismissing the action in the lower court the same day (Civ. No. 24-1883-LTS, Dkt. 28).  Accordingly, this Court has jurisdiction under 28 U.S.C. § 1291.

2.      ASCAP was never served with any of the complaints Appellant filed in the District Court. *See* Ex. C (Declaration of Richard H. Reimer, ¶ 3).  Similarly, the first that ASCAP was made aware of the filing of this appeal was when ASCAP received, via ordinary mail, this Court's Notice Barring a Corporation From Proceeding Pro Se, filed on October 25, 2024 (Dkt. 7). *Id.*, ¶ 4.  At the same time

---

[2] A copy of the second amended complaint is attached as Exhibit B.

ASCAP received that Notice, ASCAP also received the Court's two orders cautioning Appellant that she was in default and that her appeal would be dismissed effective November 15, 2024, if she did not pay the $605.00 filing fee and submit a Form D-P (Dkt. 8 & 9). Although Appellant did not meet the deadline set forth in the Court's orders, the appeal was not dismissed. Accordingly, counsel for ASCAP filed an Acknowledgement and Notice of Appearance on behalf of ASCAP on December 2, 2024 (Dkt. 15).

3.      Unbeknownst to ASCAP, Appellant had earlier filed, among other documents, (i) a motion seeking permission to proceed *in forma pauperis* in this Court (Dkt. 16); (ii) a Form D-P (Dkt. 18); (iii) a Local Rule 31.2 Scheduling Notification (Dkt. 19), requesting that her "brief and appendix be accepted for filing no later than *11-04-2024*" (emphasis added); and (iv) a Local Rule 34.1(a) Oral Argument Statement (Dkt. 20). And again, docket entries on December 5, 2024 reflect that the Clerk's Office advised Appellant that her filings were defective—this time for failure to serve ASCAP—and instructed Appellant as to how to serve ASCAP and submit an appropriate certificate of service. *See* Dkt. 22 – 26. To date, none of those documents has been served properly on ASCAP. *See* Ex. C, ¶ 5.

4.      So far as the Clerk's Office is concerned, Appellant finally cured the defects in her filings (*see* Dkt. 33 - 37)—although, yet again, none of the documents has actually been served on ASCAP. *See* Ex. C, ¶ 5. As a result, pending before this

3

Court is what the Clerk's Office characterizes as a motion seeking *in forma pauperis* status—but which is, in reality, either a largely unintelligible merits brief or yet another iteration of a complaint. *See* Dkt. 32.[3] No matter how Appellant's motion might be characterized, it should be denied.

5.    Appellant's second amended complaint restated her claims against ASCAP predicated on alleged acts constituting violations of the U.S. Constitution and federal copyright law, as well as breach of the contractual arrangements between ASCAP and Appellant, a member of ASCAP. *See* Dismissal Order at 5-6. The district court held that (i) ". . . as a private party, not acting under color of state law, Defendant ASCAP is not liable under Section 1983 for violations of the U.S. Constitution" (*Id.* at 6); (ii) " . . . merely invoking federal law without alleging any facts demonstrating a federal law claim, does not create federal subject matter jurisdiction" (*Id.* (citation omitted)); and (iii) "[Appellant's] claim against ASCAP for royalties allegedly owed does not arise under the federal Copyright Act. ASCAP's obligation, if any, to pay [Appellant] arises from the contractual agreement between them or other state law." *Id.* As a result, the district court concluded that ". . . because [Appellant] has not brought any claim arising under federal law, the Court cannot exercise federal question jurisdiction in this matter." *Id.*

_____

[3] For the Court's convenience, a copy of the motion is attached as Exhibit D. Although Appellant also filed a Certificate of Service with the motion (Dkt. 32.2), to date ASCAP has not been served with a copy of the motion. *See* Ex. C, ¶ 5.

6.     Similarly, the district court dealt with and disposed of the Appellant's attempt to invoke diversity jurisdiction.  Notwithstanding that Appellant resides in California and ASCAP's principal offices are in New York, the district court noted that Appellant had mistakenly alleged that ASCAP is a corporation when, in fact, ASCAP is an unincorporated membership association. *Id.* at 7.  Citing decisions holding that an unincorporated entity like ASCAP possesses the citizenship of each of its members, and that ASCAP has members in each state, the court concluded that " . . . ASCAP therefore is a citizen of, among other states, California.  Because [Appellant] and [ASCAP] are citizens of the same State, diversity of citizenship is not complete.  The Court therefore cannot exercise diversity jurisdiction of this matter." *Id.*  Thus, the district court concluded that Appellant's second amended complaint insufficiently pleaded any plausible basis for federal subject matter jurisdiction.[4]

7.     In *Welch v. Galie*, 207 F.3d 130 (2d Cir. 2000), this Court denied a motion seeking *in forma pauperis* status filed by an appellant whose prior lawsuits had been dismissed by the district court as frivolous.  After determining that the

---

[4] Notably, the district court also pointed Appellant to the proper venue in which to assert her claims: "Although [Appellant] has not met her burden of establishing subject matter jurisdiction in federal court, nothing in this order prevents [Appellant] from pursuing claims for an accounting of royalties against ASCAP in the state courts of the State of New York." Dismissal Order at 7.

district court had properly dismissed Welch's complaint, the panel also denied Welch's motion to proceed *in forma pauperis*. *Id*. at 132. Similarly, this Court should deny Appellant's motion not only because the district court properly determined that it lacked subject matter jurisdiction—thereby effectively determining that the second amended complaint failed to state a claim on which relief can be granted—but also based on the district court's certification that any appeal would not be taken in good faith.

## THE APPEAL SHOULD BE DISMISSED

8. The district court's certification that this appeal lacks good faith, pursuant to 28 U.S.C. § 1915(a)(3), also supports ASCAP's motion to dismiss the appeal. Section 1915(a)(3) could not be clearer: "An appeal ***may not be taken*** in forma pauperis if the trial court certifies in writing that it is not taken in good faith." (Emphasis added.) Assuming that this Court finds no error in the district court's Dismissal Order, the statute mandates dismissal of this appeal. There are other grounds for dismissal of the appeal as well.

9. In *Pillay v. Immigration and Naturalization Service*, 45 F.3d 14 (2d Cir. 1995), a panel of this Court dismissed an appeal as frivolous based on a Supreme Court decision holding that " . . . an appeal on a matter of law is frivolous where '[none] of the legal points [are] arguable on their merits.'" *Id*. at 16 (*citing Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (internal citation omitted). The *Pillay* panel

6

also determined that "... this court has inherent authority, wholly aside from any statutory warrant, to dismiss an appeal ... as frivolous when the appeal ... presents no arguably meritorious issue for our consideration." *Pillay*, 45 F.3d at 17.

10.     Accordingly, based on the district court's determination of lack of subject matter jurisdiction and its certification of lack of good faith, and in the exercise of this Court's inherent authority, the appeal should be dismissed.

## CONCLUSION

For the reasons stated above, the Court should deny Appellant's motion to proceed *in forma pauperis* and dismiss the appeal.

Respectfully submitted,

/s/ *Richard H. Reimer*
Richard H. Reimer
*ASCAP*
*250 West 57th Street*
*New York, NY 10107*
*(212) 621-6261*
*rreimer@ascap.com*

*Attorney for ASCAP*

December 20, 2024

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARIKA A. HAYES,

                    Plaintiff,

          -against-

ASCAP,

                    Defendant.

24-CV-1883 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, brings this action against the American Society of Composers, Authors, and Publishers (ASCAP). By order dated July 26, 2024, the Court directed Plaintiff to file a second amended complaint to address deficiencies in her amended complaint.[1]

Plaintiff filed a second amended complaint, which was entered on the docket on August 6, 2024, and she also filed letters requesting that the undersigned be recused. (ECF 22-25.) For the reasons set forth in this order, the Court denies the motions for recusal and dismisses the second amended complaint for lack of subject matter jurisdiction.

### STANDARD OF REVIEW

The Court must dismiss an *in forma pauperis* complaint, or any portion of the complaint, that is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see Livingston v. Adirondack Beverage Co.,* 141 F.3d 434, 437 (2d Cir. 1998). The Court must

---

[1] Plaintiff's original complaint was illegible, and the Court directed her to file a legible complaint.

also dismiss a complaint when the Court lacks subject matter jurisdiction of the claims raised. *See* Fed. R. Civ. P. 12(h)(3).

While the law mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original). But the "special solicitude" in *pro se* cases, *id*. at 475 (citation omitted), has its limits – to state a claim, *pro se* pleadings still must comply with Rule 8 of the Federal Rules of Civil Procedure, which requires a complaint to make a short and plain statement showing that the pleader is entitled to relief.

Rule 8 requires a complaint to include enough facts to state a claim for relief "that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A claim is facially plausible if the plaintiff pleads enough factual detail to allow the Court to draw the inference that the defendant is liable for the alleged misconduct. In reviewing the complaint, the Court must accept all well-pleaded factual allegations as true. *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009). But it does not have to accept as true "[t]hreadbare recitals of the elements of a cause of action," which are essentially just legal conclusions. *Twombly*, 550 U.S. at 555. After separating legal conclusions from well-pleaded factual allegations, the Court must determine whether those facts make it plausible – not merely possible – that the pleader is entitled to relief. *Id.*

## BACKGROUND

In her second amended complaint, Plaintiff invokes the Copyright Act and her civil and constitutional rights. (ECF 26 at 2.) She also invokes the Court's diversity jurisdiction, alleging that she is a citizen of California and Defendant ASCAP is incorporated under the laws of California and New York. (*Id.* at 3.)

2

Plaintiff describes her factual allegations as follows:

Number one plan of can prove ownership number two a valid copyright claim the plaintiff and the copy in the plane of [illegible].

Content and elements and creations works assignments or license original so basically the plain of all the copyrights the Creation works and she has original works assigned or license plain of also have evidence that the defendants stole and On YouTube and other social media platforms where they seen it at we have evidence that the works are similar between[n]

And instead of ass gap going along with the plaintiff in her copyright and her license and her similarities and all her proof[f.] Other artist that is not the writer and plaintiff holds the copyright plan of hole the evidence plain of all the similarities of [illegible]. Off their platform and suspended my platform and called labeled me a fraud which is also discrimination despair of treat[ment].

Tortures in affairs in my career and my generational wealth . . .

(ECF 26 at 5-6.)[2]

Plaintiff seeks "$40 every day they didn't pay me," plus 100 million dollars. (*Id.* at 6.)

## DISCUSSION

### A.    Recusal

A judge is required to recuse herself from "any proceeding in which [her] impartiality might reasonably be questioned." 28 U.S.C. § 455(a). When a judge's impartiality is questioned on bias or prejudice grounds, "what matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994). That is, recusal is warranted if "an objective, disinterested observer fully informed of the underlying facts . . . [would] entertain significant doubt that justice would be done absent recusal." *United States v. Yousef*, 327 F.3d 56, 169 (2d Cir. 2003) (internal quotation marks and citation omitted).The showing of personal bias

---

[2] The Court quotes from the complaint verbatim. All spelling, punctuation and grammar are as in the original unless noted otherwise.

must ordinarily be based on "extrajudicial conduct . . . not conduct which arise s in a judicial

context." *Lewis v. Tuscan Dairy Farms, Inc.*, 25 F.3d 1138, 1141 (2d Cir. 1994) (internal

quotation marks and citation omitted). "[J]udicial rulings alone almost never constitute a valid

basis for a bias or partiality motion." *Liteky*, 510 U.S. at 555 (citation omitted); *see Fulton v.*

*Robinson*, 289 F.3d 188, 199 (2d Cir. 2002) (affirming denial of recusal motion filed in case by

plaintiff where judge had ruled against him on all his motions and where plaintiff had

"speculated that the judge may have been acquainted with [him]").

> In her motion for recusal, Plaintiff states:

> I did not ask for the document to be amended at all and just on the 25th granted
> waiver so after the 25th granted my free waiver you come back on the 26th or the
> 27th 28th or the 29th or the 30th and tell me to amend my case with the same case
> number, this judge needs to be refused and I want another judge to be the judge of
> this.

(ECF 22 at 1.)

Plaintiff's original complaint was not legible and the Court directed Plaintiff to refile it,

which she did. The Court thereafter directed Plaintiff to amend her complaint in order to satisfy

her burden of demonstrating that the federal court has subject matter jurisdiction of this action.

Plaintiff motion is based on judicial rulings in this case, which is not a valid basis for recusal.

*Liteky*, 510 U.S. at 555. Accordingly, because Plaintiff has not established a basis for recusal,

Plaintiff's letter-motions seeking recusal are denied.

**B.    Subject Matter Jurisdiction**

As set forth in the Court's July 26, 2024 order, the subject matter jurisdiction of the

federal district courts is limited. Jurisdiction is available in federal court only when a "federal

question" is presented, 28 U.S.C. § 1331, or when plaintiff and defendant are citizens of different

states and the amount in controversy exceeds the sum or value of $75,000, 28 U.S.C. § 1332.

"[A]ny party or the court *sua sponte*, at any stage of the proceedings, may raise the question of

whether the court has subject matter jurisdiction." *Manway Constr. Co., Inc. v. Hous. Auth. of the City of Hartford*, 711 F.2d 501, 503 (2d Cir. 1983); *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) ("[S]ubject-matter delineations must be policed by the courts on their own initiative . . . ."). "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).

### 1.    Federal Question Jurisdiction

To invoke federal question jurisdiction, a plaintiff's claims must arise "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  A case arises under federal law if the complaint "establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." *Bay Shore Union Free Sch. Dist. v. Kain*, 485 F.3d 730, 734-35 (2d Cir. 2007) (quoting *Empire Healthchoice Assur., Inc. v. McVeigh*, 547 U.S. 677, 690 (2006)).

In her second amended complaint, Plaintiff invokes "civil right[s], Constitutional rights, Copy right intellectual property rights . . . ." (ECF 1 at 2.) A civil rights claim, seeking relief under 42 U.S.C. § 1983 for a violation of constitutional rights, must allege facts showing that each defendant acted under the color of a state "statute, ordinance, regulation, custom or usage." 42 U.S.C. § 1983. Private parties are therefore not generally liable under the statute. *Sykes v. Bank of Am.*, 723 F.3d 399, 406 (2d Cir. 2013) (citing *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, 531 U.S. 288, 295 (2001)); *see also Ciambriello v. Cnty. of Nassau*, 292 F.3d 307, 323 (2d Cir. 2002) ("[T]he United States Constitution regulates only the Government, not private parties."). The Court takes judicial notice of the fact that ASCAP is an unincorporated membership organization that aims to collect license fees from its licensed music users and distribute them as royalties to its members. *Baker v. Am. Soc'y of Composers, Authors & Publishers*, No. 21-CV-11126 (JMF), 2023 WL 2786778, at *1 (S.D.N.Y. Apr. 5, 2023); *see also*

*Id.* (ECF 25 at 8.). As a private party not acting under color of state law, Defendant ASCAP is not liable under Section 1983 for violations of the U.S. Constitution. Moreover, there are no allegations suggesting that ASCAP is engaged in any activity that is fairly attributable to the state. *Fabrikant v. French*, 691 F.3d 193, 207 (2d Cir. 2012) (holding that the fundamental question is "whether the private entity's challenged actions are 'fairly attributable' to the state" (citing *Rendell-Baker v. Kohn*, 457 U.S. 830, 838 (1982))).[3] Furthermore, although Plaintiff has referenced generally the U.S. Constitution and other federal law, merely invoking federal law without alleging any facts demonstrating a federal law claim, does not create federal subject matter jurisdiction. *See Nowak v. Ironworkers Loc. 6 Pension Fund*, 81 F.3d 1182, 1188-89 (2d Cir. 1996).

As set forth in the July 2024 Order to Amend, Plaintiff's claim against ASCAP for royalties allegedly owed does not arise under the federal Copyright Act. ASCAP's obligation, if any, to pay Plaintiff arises from the contractual agreement between them or other state law. In summary, because Plaintiff has not brought any claim arising under federal law, the Court cannot exercise federal question jurisdiction of this matter.

### 2.    Diversity Jurisdiction

Plaintiff also does not allege facts demonstrating that the Court has diversity jurisdiction of this action. To establish jurisdiction under Section 1332, a plaintiff must first allege that the plaintiff and the defendant are citizens of different states. *Wis. Dep't of Corr. v. Schacht*, 524 U.S. 381, 388 (1998).

---

[3] A private entity's actions are attributable to the state in three situations: (1) the entity acts using the coercive power of, or is controlled by, the state; (2) the entity willfully participates in joint activity with the state or its functions are entwined with state policies; or (3) the state has delegated a public function to the entity. *See Fabrikant,* 691 F.3d at 207.

For purposes of diversity jurisdiction, an individual is a citizen of the State where he or she is domiciled. *Palazzo ex rel. Delmage v. Corio*, 232 F.3d 38, 42 (2d Cir. 2000). A corporation is a citizen "of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business," § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010) (a corporation's principal place of business is its "nerve center," usually its main headquarters). An unincorporated entity possess the citizenship of each of its members, *Americold Realty Tr. v. Conagra Foods, Inc.*, 577 U.S. 378, 383 (2016). *See United Food & Com. Workers Union, Loc. 919 v. CenterMark Props. Meriden Square, Inc.*, 30 F.3d 298, 302 (2d Cir. 1994) ("[T]he citizenship of an unincorporated association . . . is determined by the citizenship of each of its members").

Although Plaintiff referred to ASCAP in her first amended complaint as a corporation, ASCAP is an unincorporated association with members in each of the 50 states, including California. *See Baker*, 2023 WL 2786778, at *1 ("ASCAP is an unincorporated membership organization with members in all fifty states"). ASCAP therefore is a citizen of, among other states, California. Because Plaintiff and Defendant are citizens of the same State, diversity of citizenship is not complete. The Court therefore cannot exercise diversity jurisdiction of this matter.[4]

Although Plaintiff has not met her burden of establishing subject matter jurisdiction in federal court, nothing in this order prevents Plaintiff from pursuing claims for an accounting of royalties against ASCAP in the state courts of the State of New York.

---

[4] Plaintiff has not established federal question jurisdiction, but if he had, the Court would decline supplemental jurisdiction of the state law claims. 28 U.S.C. § 1367(c)(3).

7

## CONCLUSION

The Court denies Plaintiff's motions for recusal. Plaintiff's second amended complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:    September 16, 2024
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

8

# EXHIBIT B

Case 1:24-cv-01883-LTS    Document 26    Filed 07/26/24    Page 1 of 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Cv2401883

Arika hayes mstelyan

_____

Write the full name of each plaintiff.

-against-

_____

American society of composers,Authors snd publishers (nfpo)(dba)

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV _2401883_ Cv24(____

(Include case number if one has been assigned)

## SECOND AMENDED COMPLAINT

Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My copy right

Civil right

Constitutional rights

Copy right, intellectual property rights   , my intellectual rights 105 under the copy rights law

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff ,   Arika Hayes matelyan                                 , is a citizen of the State of
                        (Plaintiff's name)

California
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

Calif                                                                           .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

ASCAPet (NFPO) American society of compose

The defendant, __American Society of composers Arthur and publis__ is a citizen of the State of

(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, American society of authors , composer P Aka ascap , is incorporated under the laws of

the State of __New York_____

and has its principal place of business in the State of __New York_____

or is incorporated under the laws of (foreign state) __California and newyork_____

and has its principal place of business in __New York_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Arika | A | Hayes matelyan |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 44009 gingham ave | | | |
|---|---|---|---|
| Street Address | 44009 gingham | | |

| Los Angeles lancaster | Calif california | 93535 |
|---|---|---|
| County, City | State | Zip Code |

| 5103035366 | richmomz@icloud.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

American society of composer, author and
_____
First Name            Last Name

This is a Dba (NFPO) publishing organization
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

250 w 57th st new yirk ny     Ny      10107
County, City           State        Zip Code

Defendant 2:

_____
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City           State        Zip Code

Defendant 3:

_____
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City           State        Zip Code

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____ Theft , copy right infringement 205 copy right sct piracy violating my intellectual property v

# ng place in real time as of now and real time Place   July31.2424

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Number one plan of can prove ownership number two a valid copyright claim the plaintiff and the copy in the plane of ho

Content and elements and creations works assignments or license original so basically the plain of all the copyrights the

Creation works and she has original works assigned or license plain of also have evidence that the defendants stole and

On YouTube and other social media platforms where they seen it at we have evidence that the works are similar betwee

And instead of ass gap going along with the plaintiff in her copyright and her license and her similarities and all her proo

Other artist that is not the writer and plaintiff holds the copyright plan of hole the evidence plain of all the similarities of h

Off their platform and suspended my platform and called labeled me a fraud which is also discrimination despair of treatr

Tortures in affairs in my career and my generational wealth

Page 5

For example, imagine you going to work being a judge every single day and you don't get paid and you watching somebo

And you watching your colleague get paid off your work. You can't pay your bills. You can't move forward. You can't get jo

Imagine going to work doing radio and TV and and you know that somebody is getting the money and the royalties for it but y

Taking somebody likeness taking somebody job opportunities from them taking credit for someone else's work and another p

Also, somebody else is getting credit for what you did imagine all that that's what happened to me and that's what I'm suin

I'm sewing for my intellectual property piracy, death reproduction transmission, reproducing my songs before I can

Remixing my song before I can and then intern the company that I'm publishing with called me a fraud and call me all kin

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Last of work, finances, job opportunities, job opportunities, job opportunities, and more job opportunities lost of future eve

Loss of generational wealth, loss of intellectual property loss of intellect loss of somebody stealing out your mind lost of son

Slander humiliation violating a civil rights, torches interruption, interference, and more

Lost of money, lost of jobs lost of living good lost of my intellectual property last of my taking away from my b

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

100 million dollars $ pay to the order of Arika Hayes Matelyan from American society of composer, authors

Pain and suffering , slander , and taking away my blood sweet tear , hard work generational wealth, my rights to be a c

My rights to be an American all that was stripped from me, my generational, wealth, piracy theft everything was taken aw

Plus entrance of $40 every day they didn't pay me

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Arika Hayes matelyan

| July31,2024 | |
| --- | --- |
| Dated | Plaintiff's Signature |

| Arika hayes matelyan | A | |
| --- | --- | --- |
| First Name | Middle Initial | Last Name |
| | | Hayes matekyan |

Street Address

| 44009 gingham ave lancaster calif | Calif | 93635 |
| --- | --- | --- |
| County, City | State | Zip Code |

| 5103025366 | richmomz@icloud.com |
| --- | --- |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



**United States District Court**
**Southern District of New York**

## Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

### IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

rev. 2/9/15

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Arika Hayes matelyan vs American society of composers, authors and publisher aka ascap

| | | | |
|---|---|---|---|
| Arika a hayes matelyan | | | |
| Name (Last, First, MI) | | | |
| | Lancaster | | |
| 44009 gingham ave | | Calif | 93535 |
| Address | City | State | Zip Code |
| 5103025366 | | | |
| Telephone Number | | E-mail Address | |
| July 24,2024 | | | |
| Date | | Signature | |

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

# EXHIBIT C

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                    :

ARIKA A. HAYES,             :

                  : No. 24-2828

      *Plaintiff-Appellant,*   :

                  : **DECLARATION OF**

      v.              : **RICHARD H. REIMER**

                  : **IN OPPOSITION TO**

ASCAP (NFPO) (inc),      : *IN FORMA PAUPERIS*

                  : **MOTION AND IN**

      *Defendant-Appellee.*   : **SUPPORT OF ASCAP'S**

                  : **MOTION TO DISMISS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RICHARD H. REIMER declares, pursuant to 28 U.S.C. § 1746:

1.    I am admitted to practice in this Court and I am employed as Senior Vice President, Business and Legal Affairs, by the American Society of Composers, Authors and Publishers ("ASCAP").

2.    I am submitting this declaration both in opposition to Plaintiff-Appellant's motion requesting that she be permitted to proceed with her appeal *in forma pauperis* and in support of ASCAP's motion to dismiss the appeal on grounds that it is frivolous.

3.    ASCAP was never served with any of the complaints the Appellant filed in the district court (Case No. 1:24-cv-01883-LTS), nor was ASCAP ever even aware of the filing of the case in the district court.

4.  The first that ASCAP was made aware of the filing of this appeal was when ASCAP received on November 1, 2024, via ordinary mail, a Notice Barring a Corporation From Proceeding Pro Se from this Court's Clerk's Office.

5.  To date, ASCAP has never been served with any of the documents filed with this Court by the Appellant, including, specifically, Appellant's motion requesting *in forma pauperis* status.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of December, 2024
New York, New York

*/s/  Richard H. Reimer*
Richard H. Reimer

# EXHIBIT D

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, New York 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __24 2828__     Caption [use short title] Arike Hays vs ASCAP (NFPO)(INC)

Motion for: Judgement (Compt) for Copyrights Contract Valution Song that plaintiff owns 10 Chapter 5 Copyright infrigement Chapter 5(b) 106 - 122

Set forth below precise, complete statement of relief sought:

The copy rights owner, is entitled to recovery, to recover the actual damage suffered by him or her as A result of Section 106 through 122, the Author As provided in Section 106(A) important copies and phonorecords into the US in violation of Section 602 as infrigment of A copy right of such Author, As case could be Section(506) confer to 106(A)

interruption interfirst Bleed Sweat tear life history American Dream constitutional right from (70 years after life) owner of copy right

MOVING PARTY: Arika Hayes     OPPOSING PARTY: ASCAP (NFPO)(INC)

[X] Plaintiff   [ ] Defendant

[ ] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Arike Hayes (in propa)   OPPOSING ATTORNEY: ASCAP (NFPO)(INC)

[name of attorney, with firm, address phone number and e-mail]

44009 Gingham Ave  Lancaster CA. 93535

Court- Judge/ Agency appealed from: SDNY (NEW York City)  1 24- CV- 1883

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain): Laura Toyla Swisan has Doa misconduct, lot of Document - and Overlook Suntured

Opposing counsel's position on motion: Bees - conspiracy
[ ] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [X] No [ ] Don't Know

Is oral argument on motion requested? [X] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [X] No If yes, enter date:

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below? [X] Yes [ ] No

Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:
1 Billion $ NO cents
100 million pain suffering
monitoric Damgas
courts Desition at the end of the eley pain suffering Blood Sweat teears.

Signature of Moving Attorney: Arin Hays

Date: Nov 4, 2024   Service by: [ ] CM/ECF [X] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES DISTRICT COURT

_Appeals_ for the DISTRICT OF _Second circuit_

| | |
|---|---|
| Arika Hayo , | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 242828 |
| Ascap (NFPO)(INC) | ) ) |
| Defendant | ) ) ) |

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed Cara Hayo                    Date: 11-04-2024

(A) copy right incrigment (B) contract (C) I'm the owner
My issues on appeal are: 1. Unfair justist, ② Justist was not secured,
③ "it was misconduct, ④ lost of Document, ⑤ misplacing Documents, Decrimination
⑥ over looking Scripture, ⑦ Conspiry, ⑧ Interuption enterference, ⑨ The case
⑫ have merrit ⑩ copy rights, ⑪ Ascap IDS, and ⑫ Scripture is on all Dockets

1.    ③ dancer membee copy right, Created to its rightful owner
   _For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise._

   Interference with the Judicial process.
   Due process ⑧ "Fifth" and ④ "Fourth" ① and ③ Amendmt,
   "2 Secontum" constitional Right, copy right all Vollateels
   to the 100 / Decree of 1 · ? Decree ( ) Descrimeation

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ ⊘ | $⊘ | $ ⊘ | $⊘ |
| Self-employment | $ ⊘ | $ ⊘ | $ ⊘ | $ ⊘ |
| Income from real property (such as rental income) | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Interest and dividends | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Gifts | $ ⊘ | $ ⊘ | $⊘ | $ |
| Alimony· | $ ⊘ | $ ⊘ | $ ⊘ | $ |
| Child support | $⊘ | $ ⊘ | $ ⊘ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1800 | $ ⊘ | $⊘ | $ |
| Disability (such as social security, insurance payments) | $ | $ ⊘ | $ ⊘ | $ |
| Unemployment payments | $⊘ | $ ⊘ | $ ⊘ | $ |
| Public-assistance (such as welfare) | $⊘ | $ ⊘ | $ ⊘ | $ |
| Other (specify): | $ | $ ⊘ | $ ⊘ | $ |
| **Total monthly income:** | $1800 | $⊘ | $ ⊘ | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Aseep | 250 W 57th | Contract 2010 | $ Never paid |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $0 120 after bills

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| N/A | | Make and year: |
| | | Model: |
| | | Registration #: |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N A | (Value) $ | (Value) $ |
| Make and year: N A | | |
| Model: N A | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N A | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N A | | |
| | | |
| | | |

Rev. 12.1.2018

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br>      Are real estate taxes included? ☑ Yes ☐ No <br>      Is property insurance included? ☑ Yes ☐ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 70 | $ |
| Home maintenance (repairs and upkeep) | $ none | $ |
| Food | $ 100 | $ |
| Clothing | $ 3030 | $ 0 |
| Laundry and dry-cleaning | $ 40 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 1300 | $ |
|     Life: | $ NU | $ |
|     Health: | $ NU | $ 0 |
|     Motor vehicle: | $ NU | $ 0 |
|     Other: | $ NU | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ NU | $ 0 |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ 0 |
|     Credit card (name): | $ 0 | $ 0 |
|     Department store (name): | $ 0 | $ 0 |
|     Other: | $ 0 | $ 0 |

Rev. 12.1.2018

| Alimony, maintenance, and support paid to others | $ | ○ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | ○ | $ |
| Other (specify): | $ | ○ | $ |
| **Total monthly expenses:** | $ | ○ | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☑Yes ☐ No     If yes, describe on an attached sheet.

   *when I get paied fen the malleoal al own*

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I shault have been very wholley, when I cmates soang copy wrote and owned theby

12. *State the city and state of your legal residence* got on TV got to Ascapt and they cell one a friends when my copy r get out repreared

    *Your daytime phone number:*

    *Your age:*     *Your years of schooling:*

Rev. 12.1.2018

computer programming. Google Name. Swiss Barbie Bone. Dates and times
140 screenpl. Plaintiff creates and write movies SAG, Songs BOOK peritriale
ART Scripts TV Shows Hair makeup. Styling Song Youtube
Drawing As well AS ART Dates and

**Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1** Section $106 - 422$ times

My Name is Arica Hayes AKA Swiss Barbie Bone. $106 - 422$ Copy rights
1. I'm A Song writer. 2. I have the Song copy wrote, 3 I have Copyrights
registered the Song with Ascap (NPO)(IKC), I've, been, creating, Songs
and content "All my life". AND I, have other Artist in my life
family God Leather and friends of family. like Willie Sparks Sr
Case Mc Hammer. Too Short. and little Richard and more

Told me about Registration, transmitters, Production
Producing, music, creating content writing Song, Art
and music and much more Hair wicss. Photographs, my best copy
unmetography and more arts. Song Bborn Sunny and Started
Clear. I got You Bad. Created Song like Ido. tii noel. 1990
And il may have more. Song tien him (Entertainment) Named

creating Song. - HOOKS, and Bridges, Had
Megan Been copied, And other Artist, and.
Jim Jordan/Sunny runs
Cut Me out. people like Barnace, 2 chainz, Kendrick lamore, OMG, Doll
Sam's lol Doll, NICKi minaj, Lil Baby, Snoop Dogg
my Nigga TooShort E-40, JZ, Kanye west, Seve Streeter,
money Justen Biber, Usher Remon, chris Brown!
machine CARDi B, Kodac Black, the week end, Rich Hair
jump in the POOL DOZACAT Rihhanna, YG, E-40 -TooShort-, queen
Big booty no Jamie Cox, Ruffy, Ti, TINI, Love and
Sweat Claim it's in the pale MR FAB, Snoop Dogg LADY GAGA
MAD at me Hip Hop, All Song or listed ON Jennifer lopez
Gucci prada Jada Pinked smith will smith the Red couch
Tell me were ways to go Tell me were to go, the copy rights and. Ascap list the Red
in trouble table

Red Bottons In my life that they lost, But il still have a copy $3|2|$
Memories Of the Life of the party center. - Shows. - Song we played Stadem
Yum yum, sunfit a model Tell me were to go, gas like A$P Rocky, Futury
Cigar on ice put you name on it MR gas Song, Arrested, DefJam Tittle, Youtube
Social media platform Facebook. Radio play platerrism.
my catalog was stol

Copy rights are created & valid from the
Day you create until 70 year after Death. the owner should be paid even if the did it personal

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1 Big mistake

I had a contract with Ascap (ATRO)(FNC) I also went to Law School

Since the year of 2009 or 2010 end. For 6 years. UCLA Losangeles

All Seeng are on a calendar online

When, Bigger artist start to rise mellow

Tell me we to go life of the party sign on uic 90 Stupid

megan stallion Tyla FLO — Foo Street — Beance o Big Sean

Nicki Maraj, Beance, puffy, Kendrue lamor

K michell Snoop Dogg, OMG Girl, Marly Redd, lil Baby it a must

Iggie Cardi B, Seven Street, Doja Cat, Justen Biber

Usher Raymen, Jennifer Lopes, Chris Brown Jenlo

Jay-Z — Kenye West, Brandi, Monice

P. Diddi, Rianannu, Lew and Hip Hop second week

Drake, iggie, TI — Toni — Lew and, Alicia Keys

Future Sexyy Red, moo yess, Iggie, Asap Rock,

Hip Hop made million and millions

of dollar. They cut me out, paid them (educia keys on fire) for example.

Lady Slandered my name. A

Fruad. But copy right were

copied Before most Goggle Youtube Social on two from

enleruption interfinenst to my money. For

thing Song and material plantiff created

Violung my copy right 106 — 122

copyright last From the Date you creater to 70 year

24-2828

Anie Hays

V.S

ASCAP (NFPO)(INC)

Arika A. Hayes
44009 Gingham Avenue
Lancaster, CA 93535

cause of action
Seny Benno date 1978
106 - 122 copyright

ort

ASCAP VS Buffello Broadcasting
case in 1930 - 1982
ASCAP lost in federal courts
in 1980 - 1982 changing
of price fixing
Recket eenring and monopolistic
Achitis, I this case there

doing the same thing
But pay there Big
Name artist that Knone
after the Seny were created
Song were there I was there
Befer after was in same case
Borno

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Anika Hays madelyun<br>44009 gingham Ave.<br>Lancaster ca 93535<br>TELEPHONE NO.: in pro per Anika hays madelyu FAX NO. *(Optional):*<br>EMAIL ADDRESS *(Optional):* (510) 302-5366<br>ATTORNEY FOR *(Name):* | FILED<br>Superior Court of California<br>County of Los Angeles<br>**02/13/2024**<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____ C. Canales _____ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS:
MAILING ADDRESS: 42011 4th St W
CITY AND ZIP CODE: Lancaster ca 93534
BRANCH NAME: Antelope Valley Courthouse

PLAINTIFF: Anika Hays madelyun
DEFENDANT: American Automobile Association (NCPO) Corporation

| JUDGMENT | CASE NUMBER: |
|---|---|
| ☒ By Clerk ☑ By Default ☐ After Court Trial<br>☒ By Court ☐ On Stipulation ☐ Defendant Did Not Appear at Trial | 23AVCV00571 |

## JUDGMENT

1. ☒ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ Clerk's Judgment (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☑ Court Judgment (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☑ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):*
      before *(name of judicial officer):*
   b. Appearances by:
      ☐ Plaintiff *(name each):* ☐ Plaintiff's attorney *(name each):*
      (1) (1)
      (2) (2)
      ☐ Continued on Attachment 3b.

      ☐ Defendant *(name each):* ☐ Defendant's attorney *(name each):*
      (1) (1)
      (2) (2)
      ☐ Continued on Attachment 3b.
   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was requested.

Page 1 of 2

**JUDGMENT** Code of Civil Procedure, §§ 585, 664.6

JUD-100

| | |
|---|---|
| PLAINTIFF: Arike Hayls Mattityur | CASE NUMBER: |
| DEFENDANT: American Automobile Association (NFPO)(Corporation) | 23AVCV00571 |

JUDGMENT IS ENTERED AS FOLLOWS BY: ☐ THE COURT ☐ THE CLERK

4. ☐ **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. ☒ for plaintiff (name each): Arike Hayls Mattityur    c. ☐ for cross-complainant (name each):

   and against defendant (names):                           and against cross-defendant (name each):
   American automobile Association (NFPO)(Corporation)
   ☐ Continued on Attachment 5a.                            ☐ Continued on Attachment 5c.

   b. ☐ for defendant (name each):                          d. ☐ for cross-defendant (name each):

6. **Amount.** 75,000.00
   a. ☒ Defendant named in item 5a above must pay plaintiff on the complaint:

   c. ☐ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | | | |
|---|---|---|---|---|---|
| (1) ☐ Damages | $75,000.00 | | (1) ☐ Damages | $ |
| (2) ☐ Prejudgment interest at the annual rate of % | $ .00 | | (2) ☐ Prejudgment interest at the annual rate of % | $ |
| (3) ☐ Attorney fees | $ .0 | | (3) ☐ Attorney fees | $ |
| (4) ☐ Costs | $ .0 | | (4) ☐ Costs | $ |
| (5) ☒ Other (specify): TAXS keep my record clean | $ .0 | | (5) ☐ Other (specify): | $ |
| (6) TOTAL | $75,000.00 | | (6) TOTAL | $ |

   b. ☐ Plaintiff to receive nothing from defendant named in item 5b.
      ☐ Defendant named in item 5b to recover costs $
      ☐ and attorney fees $

   d. ☐ Cross-complainant to receive nothing from cross-defendant named in item 5d.
      ☐ Cross-defendant named in item 5d to recover costs $
      ☐ and attorney fees $

7. ☐ Judgment debtor is a natural person, and as provided in Code Civ. Proc., §§ 683.110, 685.010:
   $              of this judgment is on a claim related to medical expenses
   $              of this judgment is on a claim related to personal debt

8. ☐ Other (specify):

Date: 02/13/2024

JUDICIAL OFFICER
Stephen Morgan / Judge

Date: ☐ Clerk, by _____, Deputy

**CLERK'S CERTIFICATE** (Optional)
I certify that this is a true copy of the original judgment on file in the court.

Date: OCT 1 4 2024

Clerk, by _____, Deputy

C. Webber

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]  [Save this form]   [Clear this form]

'Ascap theft did not pay 107-22
DID Not pay) rich buy and mean minute re Rebbish Pierey
~ IN 2004 I wrote the Seeny IN my life
IN 2009 Bonny Donny Loeo 1979 chapter 2]
Nicki Majraj AND this not Fair use used my seeny
his has Named it moment for life YouTuber
stop me feeek the seeny dienen payola
from K. michell, Your sanbuy special card Tymar braxton wrote in 2012
whitney Brejent thy no the song in 2014 2015 IN Jesus
sou Baky estimony IN Jesus
songs
not Never
watecher feeeek the seeny meeney minin STOP It I say the
hepuy two
money IN 2009 in 2010 Berd men use
Not like the song us wrote in 2004 we in 2024
I copy glowrilla use the song go I wrote
rights Alicia Key this girl on fire was wrote
we dishit cleuin up the pirle wrote in 2013 Usher use it man rip on pole
in our 200 in 2024 2009 Alicia Key use the
US copy
right three Seeny) I wrote 2024 (go Stupid Nrek and Bry
Republic go stupid use the Save Song 2024 sear
SexxY Red U MAD at me 2012 2013 Nickian oo wt
in 2014 I wrote the seeny Tymac
Gucci pace fluuy wrote in 2004 use by Kodey red 2012 Jan 2014
Rech fameus Keiue Loop OMG Dolls
E40 use it 2007 the song go stupid was invented 2004
in 2019 Sweely use the seeny got to the
Blog E40 use go stupid susine TO Get to you
use Cholupas,
Gucci parade dance seeny in 2014 and too K. St OMG Doll use the
in 2020 megan Stuebeny card
Boda yello wrote 2014 KBS my Red Bottom 2014 2015 cardi B
2019 Beenie use the seeny Nicki maji took Likneo
Dog cat Juci fuci - Big Booty No sheat Cardi B took likeneo
2013) the song I In tleet Beteh wrote in
use Kendriet danen in the pool wrote in 2004
VIDEO 2008 JZ came out with nggu in pearls
opred him and Kayuueest in 2009 & 10 came chapter 7
swell out with the seeny, migo and lil Baky - It a movie
2014 in the club was wrote 2019 Usher
Yunn Yom use the Seeny' OD on the fraud list At Ascap so they do
2007 Just Beiber use the seeny 2020 not have to pay Precatergo

I wrote "Space age hustle in 2001
use and Remixed in 2009 By my
self in 2012 Snoop Dog Too Short
and MR FaB From Oakland Stoled
use the song in 2003 I go hard in the paint
without permission use catalog 2015 RICK ROSS wake flocka use they
using material I can do v7 All By my self
Quality positive music wrote in 1999
Control music
company using use in 2024 LO in 2015
money Soda pop use by in 2016 use in
Sony Soda Pop use in 2016
Empire wrote in 2014
apple music Rich Home Quane my nigga
Spotify wrote in 2009
Title use in 2016
atlantic record my nigga wrote in 2009
using music used in 2019 I'm Rich Bitcho Rip
I'm rich wrote in 2014 use by megurdin Stallion young Dolph
2020 Love and Hep Heep Sound track
wrote in 2004 use in
2010 2011 2012 TY Dollar
OD Baby remmember Song use the song in 2014
Deleted my catalog I rapping Bence use cigar en 2015
after Big artist 2019 Cubin cigar use in 2015
was using Sony I'm rapping with GOD, Drake use
But Google the song in 2017 GODS plan
Still have the Hot line Bling was I reson I dont
Album zip call you on the phone I dun open
2014 2015 Drake use song,
I gave Percy, I'm suso Bentle wrote in 2012 use
2014



EXHIBIT
Dates 242328

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): Enter the Court of Appeals docket number _____   Caption [use short title]

Motion for: Indicate motion relief (e.g., in forma pauperis)   Enter the short title of your case, for example:

Set forth below precise, complete statement of relief sought:   Apellido vs. New York City

Indicate the reason you are asking for the above relief. For

example, indicate the reason you are asking for in forma

pauperis relief.  I'm on medicare and

I am eligible for such fee waiver.

MOVING PARTY: Enter your name and check 1 box below.   OPPOSING PARTY: Enter the name(s) of your opposing party
☒ Plaintiff          ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: _____   OPPOSING ATTORNEY: Enter the name of opposing party's attorney.
_____ [name of attorney, with firm, address, phone number and e-mail] _____

Enter your complete address.   Enter the name of opposing party's attorney.
  4 4 0 0 9  Gingham  Ave   Enter the complete address of your opposing party's
  Lancaster   CA   93535   attorney.

Court-Judge/Agency appealed from: Enter the full name of the district court.

Please check appropriate boxes:                        FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                       INJUNCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):   Has request for relief been made below?   ☒ Yes  ☐ No
  ☒ Yes  ☐ No (explain): Indicate whether you have   Has this relief been previously sought in this Court?  ☒ Yes  ☐ No
informed the opposing party of the filing of this motion.   Requested return date and explanation of emergency: _____
Opposing counsel's position on motion:
  ☐ Unopposed  ☐ Opposed  ☒ Don't Know
Does opposing counsel intend to file a response:
  ☐ Yes  ☐ No  ☒ Don't Know

Is oral argument on motion requested?   ☒ Yes  ☐ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☒ No  If yes, enter date: _____

Signature of Moving Attorney:
Sign your name _ani Hugs_  Date: Enter today's date  Has service been effected?  ☒ Yes  ☐ No [Attach proof of service]
  11-4-24

**ORDER**

IT IS HEREBY ORDERED THAT the motion is GRANTED DENIED.

                                                       FOR THE COURT:
                                                       CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

**Form T-1080**

# Sample Format

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

Copy right 106 - 122 or according to the copyright
LAW. How its Build. How the Law work or is wrote.

1. write a song. # 1 it your your the owners
constitutional right civil right

2. copy wrde washington D.C. you got another day
publish - Transmittion

go Back to 2.
once you copy right a song you have

A Date and time. NOV 5, 2084 - or NOV 16, 2016
Examples Dates

Dates time then you "own" own that song
the matterial is yours. from that Day
until 70 years After Dealth.

your music is transmitted By you or
Any other Artist, the publishing
Belongs to the, Owner of the
original Competition "Song" SO

Beonce, NICKI, CARDi, Lil Baby, Drake,
Love and Hip Hip. TOO Short, T.I, TINY,
Iggy Lizzo, OMG Dolls LoL, Jay Z
Kenye west, sevev streetes, Brandy, monica
Big Sean. Jay-Z. Keretrick Lamar, Lil wayne
Bay Rich Homie Quan needs to pay the
original Owner which is plaintiff
Carie Hegs mctfee Transmitting
reproduction
scans

**Sample Format**

# UNITED STATES DISTRICT COURT
### for the
___*appeals*___ DISTRICT OF ___*NYC*___

___*Ann Hays*___ ,                                     )
                                                       )
      **Plaintiff**                       )
                                                       )
    v.                                   )
*Ascap (NFPO) (ENC)*                                   )   Case No. *24 28 28*
Enter today's date                                     )
_____ ,                                           )
     **Defendant**                      )
                                                       )

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: *Ann Hays*      Date: *Nov 4, 2024*

*Discovery Bias misconduct* lost of paper were over leaking (Ann Hays) Subuns
My issues on appeal are: *Arika Hays vs Ascap (NFPO) (ENC)*

The paper were never serve, no justest no fastest
or peace, copyright or contra to get use the *Damage*
over have not freeease a wooden ruckle *Judgment*

1.  *For both you and your spouse estimate the average amount of money received from each* Judgment
*of the following sources during the past 12 months. Adjust any amount that was received* *1 Billion*
*weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use* *from*
*gross amounts, that is, amounts before any deductions for taxes or otherwise.*

*Ascap* to
*(NFPO) (ENC)*
*Ann Hays*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Self-employment | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Income from real property (such as rental income) | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Interest and dividends  . | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Gifts | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Alimony | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Child support | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Retirement (such as social security, pensions, annuities, insurance) | $/800 | $ ⊘ | $ ⊘ | $⊘ |
| Disability (such as social security, insurance payments) | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Unemployment payments | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Public-assistance (such as welfare) | $ ⊘ | $ ⊘ | $ ⊘ | $⊘ |
| Other (specify): | $my sony ⊘ | $ ⊘ | $ ⊘ | $ |
| **Total monthly income:** | $/500 | $ ⊘ | $ ⊘ | $ ⊘ |

2.  *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Ascap | 750 W 57 | contract 2010 | $Never paid |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ ① *after bills*

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| N/A | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ _N/A_ | (Value) $ Sign your name | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _N/A_ | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.   State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| _N/A_ | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br>      Are real estate taxes included?   ☑Yes ☐ No <br>      Is property insurance included?   ☑Yes ☐ No | $ | $ ⟋ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $70 | $ ⟋ |
| Home maintenance (repairs and upkeep) | $ up and down | $ ⟋ |
| Food | $100 | $ |
| Clothing | $30 50 | $ ⟋ |
| Laundry and dry-cleaning | $40 | $ ⟋ |
| Medical and dental expenses | $ ⟋ | $ ⟋ |
| Transportation (not including motor vehicle payments) | $ ⟋ | $ ⟋ |
| Recreation, entertainment, newspapers, magazines, etc. | $ ⟋ | $ ⟋ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|      Homeowner's or renter's: | $1500 | $ ⟋ |
|      Life: | $ NR | $ ⟋ |
|      Health: | $ NA | $ ⟋ |
|      Motor vehicle: | $ NA | $ ⟋ |
|      Other: | $ NA | $ ⟋ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ NA | $ ⟋ |
| Installment payments | | |
|      Motor Vehicle: | $ ⟋ | $ ⟋ |
|      Credit card (name): | $ ⟋ | $ ⟋ |
|      Department store (name): | $ ⟋ | $ ⟋ |
|      Other: | $ ⟋ | $ ⟋ |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☒ Yes ☐ No    If yes, describe on an attached sheet.

   When I get my copy of right I own musing

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I'm poor and I suppose to Be rich of content, I've been Robbed By Ascap and Big Artist with Big Name.

12. *State the city and state of your legal residence* Cisejo, Viacom, VH-1 MTV BET BT

    *Your daytime phone number:* 510 302-5366

    *Your age:* 55    *Your years of schooling:*
    *Last four digits of your social-security number:*

    All the way the Cosmetology School then UCLA 6 yrs p cent in hiny college 1 year. Don Beauty college graduated physces ay photographic writing Script production acting, Dance class Art, and computer art computer programing

. . . .

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Arika Hays_____ v.

Ascap (NF00)(+Ne)_____

**CERTIFICATE OF SERVICE**
Docket Number: 24 2828

I, Arika Hays_____, hereby certify under penalty of perjury that on
NOV. 4, 2024_____, I served a copy of _Summer and ADA Complaint_
(date)          _pheraing Exhibit on case_
_in case already_
(list all documents)

by (select all applicable)*

- [x] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Ascap (pro se) 250 W 57 th St | | | NY | 10107 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

NOV 4 v 2024_____          Sign your name  ane Hays
Today's Date                              Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form

# Sample Format

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Arika Hayes
_____

**CERTIFICATE OF SERVICE\***

Docket Number: 24 2828

v.

Ascap (NFPC)(INC)
_____

I, Arika Hayes _____, hereby certify under penalty of perjury that
(print name)

on 0 - 3 - 2024 _____, I served a copy of Never been Serveal
(date)

Court lost paper work and Delayed
_____ (list all documents) and mis place and over look my Singure (Arika Hayes)

by (select all applicable)\*\*

___ Personal Delivery        ✓ United States Mail        ___ Federal Express or other
                                                              Overnight Courier

___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Arika Hayes | 44009 Gingham Ave | Lancast | CA | 93535 |
| Ascap (NFPO)(INC) | 250 W 57th St | New York | NY | 10101 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

Nov, 4, 2024
_____
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)



US POSTAGE & FEES PAID
8 OZ GROUND ADVANTAGE RATE
ZONE 8
Commercial

082S0001442352
8419330
FROM 93535



Stamps
11/08/2024

# USPS GROUND ADVANTAGE™

barbie bone                                    0001
44009 gingham ave
Lancaster CA 93535-3736

SHIP
TO:   us court of appeals second circuit
  thurgood marshall us courthouse
      40 Foley Sq
      New York NY 10007-1502

## USPS TRACKING #



9400 1112 0623 9141 8601 41



xpress Guaran
free of charg



## CERTIFICATE OF SERVICE

I, Richard H. Reimer, hereby certify, under penalty of perjury pursuant to 28 U.S.C.

§ 1746, that on December 20, 2024, I caused to be served a copy of *ASCAP'S RESPONSE TO*

*PLAINTIFF-APPELLANT'S MOTION* seeking *in forma pauperis* status via overnight delivery

service (FedEx) to the following:

> Arika A. Hayes
> Plaintiff-Appellant *Pro Se*
> 44009 Gingham Ave.
> Lancaster, CA 93535

Dated: New York, NY
      December 20, 2024

> /s/ *Richard H. Reimer*
>   Richard H. Reimer