UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 242828

**Caption [use short title]:** Arika Hayes vs ASCAP (nfpo)

**Motion for:** Permission to file a proof of service lat

**Set forth below precise, complete statement of relief sought:**

$100 million plus backpay plus royalties plus

Insurance of $35 a day backpay royalties

Punitive damages negligence damages

Pain and suffering damage entrance by the day

Copyright in Frenchman damages in French

Defamation of character damages negligence

**MOVING PARTY:** Arika Hayes                **OPPOSING PARTY:** ASCAP (inc)

[X] Plaintiff     [ ] Defendant
[ ] Appellant/Petitioner   [ ] Appellee/Respondent

**MOVING ATTORNEY:** Arika Hayes in pro per     **OPPOSING ATTORNEY:** ASCAP inc

[name of attorney, with firm, address, phone number and e-mail]

I sent it to ascapt I don't know they atterney I sent it y

Cont pay to the order of Arika Hayes from

ASCAP (nfpo)

**Court- Judge/ Agency appealed from:** The United States courts of appeal for the second circuit New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes  [X] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [X] Don't Know

Does opposing counsel intend to file a response:
[X] Yes  [ ] No  [X] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   [X] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No

Requested return date and explanation of emergency: I turned in a 1-10-25

Motion , proof of service opposition

Is the oral argument on motion requested?  [X] Yes  [ ] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes  [X] No  If yes, enter date: _____

**Signature of Moving Attorney:**

_[signature]_  **Date:** 1-10-2025   **Service:** [ ] Electronic  [X] Other [Attach proof of service]

Form T-1080 (rev. 10-23)