S.D.N.Y. – N.Y.C.
24-cv-1883
Swain, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand twenty-five.

Present:
>    Pierre N. Leval,
>    Joseph F. Bianco,
>    William J. Nardini,
>        *Circuit Judges.*

---

Arika A. Hayes,

>        *Plaintiff-Appellant,*

Vavsh Pu, Pro Se,

>        *Plaintiff,*
>           v.                                         24-2828

ASCAP,

>        *Defendant-Appellee,*

John Does 1–10,

>        *Defendants.*

---

Appellant, pro se, moves for leave to proceed in forma pauperis ("IFP"), for "judgment for copyrights contract valuation," for summary judgment, and for briefing.   Appellee ASCAP moves to dismiss the appeal as frivolous.   Upon due consideration, it is hereby ORDERED that ASCAP's motion is GRANTED, Appellant's IFP motion is DENIED, and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact."   *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).   It is further ORDERED that Appellant's remaining motions are DENIED as moot.

>           FOR THE COURT:
>           Catherine O'Hagan Wolfe, Clerk of Court

