**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 15, 2025
Docket #: 24-2828
Short Title: Hayes v. ASCAP (NFPO) (inc)

DC Docket #: 1:24-cv-1883
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Laura Taylor Swain

**NOTICE OF DEFECTIVE FILING**

On April 15, 2025 the **Motion for summary judgment and briefing, on behalf of the Appellant Arika A. Hayes**, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
\_\_**X**\_\_ **Improper proof of service** *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    \_\_**X**\_\_ **Incomplete service** *(Anders v. California 386 U.S. 738 (1967)) – you must list the name and address/email address of the opposing counsel that you served. You must also indicate the method of service used.*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____ Untimely filing

_____ Incorrect Filing Event

__X___ **Other: a motion for reconsideration must include a T1080 form, explanation of reason, and certificate of service. The T1080 form must state "motion for reconsideration." The motion for reconsideration must include a copy of the order to which the motion relates and must not include any other documents. The motion for reconsideration must not exceed 3,900 words if produced using a computer or 15 pages if handwritten or typewritten. You must serve the motion for reconsideration upon opposing counsel listed below.**

Richard H. Reimer
ASCAP
250 West 57th Street
New York, NY 10107

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **May 06, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8513.