# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**CERTIFICATE OF SERVICE**\*

v.

Docket Number: _____

I, _____, hereby certify under penalty of perjury that
             (print name)

on _____, I served a copy of _____ 4/1/25
      (date)

(list all documents) 25

by (select all applicable)\*\*

___ Personal Delivery          ___ United States Mail          ___ Federal Express or other
                                                                   Overnight Courier

___ Commercial Carrier         X E-Mail (on consent)

on the following parties:

Richard H Reimer

| Name | Address | City | State | Zip Code |

meberSevices

| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

4/1/25                                              [signature]
Today's Date                                        Signature

Certificate of Service Form (Last Revised 12/2015)

4/1/25