UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** _____    Caption [use short title]

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____    **OPPOSING PARTY:** _____

☐ Plaintiff       ☐ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____    **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

_____        _____

_____        _____

_____        _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**                                   **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):    Has this request for relief been made below?   ☐ Yes ☐ No
☐ Yes  ☐ No (explain): _____              Has this relief been previously sought in this court?  ☐ Yes ☐ No
_____

                                                                      Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☐ Don't Know

Is the oral argument on motion requested?    ☐ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes  ☐ No  If yes, enter date: _____

**Signature of Moving Attorney:**

_____  Service :  ☐ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)